SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, A COR-
PORATION, *Plaintiff in Error*, v. AMANDA N. DAVIS, *De-
fendant in Error*.

Decision Filed February 11, 1921.

A Writ of Error to a Judgment of the Circuit Court
within and for the County of Jackson; D. J. Jones, Judge.

*Daniel Campbell & Son* and *J. M. Calhoun*, for Plaintiff
in Error;

*W. E. B. Smith*, for Defendant in Error.

PER CURIAM.—This cause having been heretofore sub-
mitted to the court upon the transcript of the record of
the judgment aforesaid, and briefs and argument of coun-
sel for the respective parties, and the record having been
seen and inspected, and the court being now advised
of its judgment to be given in the premises, it seems to
the court that there is no error in the said judgment; it
is, therefore, considered, ordered and adjudged by the
court that the said judgment of the Circuit Court be, and
the same is hereby, affirmed.

All concur.